# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TONY KIRKLAND and AMBER MARSHALL, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) CIVIL ACTION FILE NO. <br> ) <br> ) |
| SCOTTSDALE INSURANCE COMPANY, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF REMOVAL

Defendant Scottsdale Insurance Company ("Scottsdale"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal from the Superior Court of Chatham County, Georgia, showing the Court as follows:

1.

Plaintiff initiated this civil action in the Superior Court of Chatham County, Georgia, where it was styled Tony Kirkland and Amber Marshall v. Scottsdale Insurance Company, civil action number SPCV21-01310-MO. (Exhibit A.)

2.

The complaint was served on Scottsdale on January 25, 2022. This Notice of Removal is timely filed within thirty (30) days thereof. *See* 28 U.S.C. § 1446(b).

3.

For purposes of federal court jurisdiction, Plaintiffs Tony Kirkland and Amber Marshall are citizens of Georgia (Ex. A, Compl. ¶ 1), and Scottsdale is a citizen of Ohio, where it is incorporated and has its principal place of business.

4.

Complete diversity of citizenship exists between the parties.

5.

The amount in controversy exceeds $75,000, exclusive of interests and costs. Plaintiffs seek payment for their insurance claim for which they, through their attorney, have claimed $125,166.02 (Ex. A, Compl. ¶ 17).

6.

This action is removable pursuant to 28 U.S.C § 1441 because this United States District Court has original jurisdiction over this case by reason of diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

7.

Because this action was brought in the Superior Court of Chatham County, Georgia, it is properly removed to the Savannah Division of the United States District Court for the Southern District of Georgia, pursuant to 28 U.S.C. §§ 1441(a) and 1446.

8.

Scottsdale will file with the Clerk of the Superior Court of Chatham County a Notice of Filing Notice of Removal pursuant to 28 U.S.C § 1446(d), with service on Plaintiff's counsel. (Exhibit B.)

9.

WHEREFORE, Scottsdale removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jessica C. Samford*
Jessica C. Samford
Georgia Bar No. 231518
jsamford@fmglaw.com

*Counsel for Scottsdale Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF REMOVAL** by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> William M. Compton
> Morgan & Morgan
> 25 Bull Street, Suite 400
> Savannah, GA 31401
> MCompton@forthepeople.com
> *Counsel for Plaintiffs*

This 24th day of February, 2022.

> */s/ Jessica C. Samford*
> Jessica C. Samford
> Georgia Bar No. 231518
> jsamford@fmglaw.com
> *Counsel for Scottsdale Insurance Company*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)